IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TERRELL BATTLES ) | Case No. 5:25-cv-01352 |
| ) | |
| Plaintiff ) | JUDGE PAMELA A. BARKER |
| ) | |
| v. ) | |
| ) | |
| CITY OF AKRON, OHIO, et al. ) | **JOINT STATUS REPORT** |
| ) | |
| Defendants ) | |

The parties wish to notify the court that they have reached a settlement and that counsel for Plaintiff Terrell Battles will be filing dismissal entries this week. The parties had planned to have the dismissals filed last week, but the schedule for Plaintiff's counsel did not permit him to fully review the settlement agreement. The parties believe that the status conference scheduled for April 8, 2026, is no longer necessary.

Respectfully submitted,                          Respectfully submitted,

                                                 Brian T. Angeloni
                                                 Director of Law

/s/ Imokhai Okolo (per e-mail)                   /s/ Brian D. Bremer
Imokhai Okolo (100277)                           Brian D. Bremer – No. 0087363
THE OKOLO LAW FIRM LLC                           Kirsten L. Smith – No. 0099074
850 ½ W. Exchange St.                            Assistant Directors of Law
Akron, OH 44302                                  172 S. Broadway St., Suite 200
216-236-8857                                     Akron, OH 44308
iokolo@okololawfirm.com                          (330) 375-2030; Fax: (330) 375-2041
*Counsel for Plaintiff Terell Battles*           bbremer@akronohio.gov
                                                 klsmith@akronohio.gov
                                                 *Attorneys for the Defendants City of Akron
                                                 and Warren Spragg*

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed electronically on April 6, 2026. Notice of this filing will be sent to all parties by operation of the Clerk of Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian D. Bremer
Brian D. Bremer – No. 0087363