IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TERRELL BATTLES | ) Case No. 5:25-cv-01352 |
| | ) |
| Plaintiff | ) JUDGE PAMELA A. BARKER |
| | ) |
| v. | ) |
| | ) |
| CITY OF AKRON, OHIO, et al. | ) **STIPULATED DISMISSAL** |
| | ) |
| Defendants | ) |

Now come the Plaintiff Terrell Battles and Defendant City of Akron and having

agreed upon terms of a Settlement and Release Agreement, hereby file this stipulation

of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). The dismissal is with prejudice.

Respectfully submitted,


/s/ Imokhai Okolo
Imokhai Okolo (100277)
**THE OKOLO LAW FIRM LLC**
850 ½ W. Exchange St.
Akron, Oh 44302
Telephone: (216) 236-8857
E-Mail: iokolo@okololawfirm.com
*Attorney for Plaintiffs*


Brian T. Angeloni
DIRECTOR OF LAW

/s/ Kristen L. Smith
Brian D. Bremer (0087363)
Kirsten L. Smith (0099074)
ASSISTANT DIRECTORS OF LAW
172 S. Broadway St., Suite 200
Akron, Ohio 44308
(330) 375-2030
(330) 375-2041 (fax)
bbremer@akronohio.gov
klsmith@akronohio.gov
*Attorneys for Defendants*

1

## <u>PROOF OF SERVICE</u>

This is to certify that on April 13, 2026, a true copy of the foregoing Stipulation of Dismissal was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Imokhai Okolo
Imokhai Okolo (100277)