IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERRELL BATTLES | ) | Case No. 5:25-cv-01352 |
| | ) | |
| Plaintiff | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF AKRON, OHIO, et al. | ) | **MOTION TO DROP PARTY** |
| | ) | |
| Defendants | ) | |

Now come the Plaintiff Terrell Battles, by and through undersigned counsel, and hereby move this Honorable Court, pursuant to Fed. R. Civ. P. 21 for an Order to drop parties from this case and to mark the parties as terminated with prejudice from this action in the Court's records. Plaintiff moves to the Court to drop Officer Warren Spragg as a party Defendant.

Counsel for Defendant does not oppose this Motion.

Respectfully submitted,

/s/ Imokhai Okolo
Imokhai Okolo (100277)
**THE OKOLO LAW FIRM LLC**
850 ½ W. Exchange St.
Akron, Oh 44302
Telephone: (216) 236-8857
E-Mail: iokolo@okololawfirm.com
*Attorney for Plaintiff*

Deborah S. Matz
DIRECTOR OF LAW

/s/ Brian D. Bremer
Brian D. Bremer (0087363)
Kirsten L. Smith (0099074)
ASSISTANT DIRECTORS OF LAW
172 S. Broadway St., Suite 200
Akron, Ohio 44308

1

(330) 375-2030
(330) 375-2041 (fax)
bbremer@akronohio.gov
klsmith@akronohio.gov
*Attorneys for Defendants*

## PROOF OF SERVICE

This is to certify that on April 13, 2026, a true copy of the foregoing Motion to Drop Party was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Imokhai Okolo
Imokhai Okolo (100277)

2